# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARGARET E. WALSH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>POPULAR, INC., et al.,<br><br>    Defendants. | **Civil No. 09-1552 (ADC)** |
| NORMA MONTAÑEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>POPULAR, INC., et al.,<br><br>    Defendants. | **Civil No. 09-1646 (ADC)** |
| STEFFANI DOUGAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>POPULAR, INC., et al.,<br><br>    Defendants. | **Civil No. 09-1682 (ADC)** |

## ORDER FOR ENTRY OF JUDGMENT

On March 12, 2012, the Court entered an Opinion and Order granting final approval to the settlement agreement in the instant case. **ECF No. 154**. Accordingly, as no further matters are pending, the Court directs the Clerk of Court to enter judgment in the instant case, dismissing it with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 2nd day of April, 2012.

                                        **S/AIDA M. DELGADO-COLÓN**
                                        **Chief U.S. District Judge**