# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARGARET E. WALSH, et al., Plaintiffs, v. POPULAR, INC., et al., Defendants | Civil No. 09-1552 (ADC) |
| NORMA MONTAÑEZ, et al., Plaintiffs, v. POPULAR, INC., et al., Defendants | Civil No. 09-1646 (ADC) |
| STEFFANI DOUGAN, et al., Plaintiffs, v. POPULAR, INC., et al., Defendants | Civil No. 09-1682 (ADC) |

### JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief United States District Judge, issued an Opinion and Order on April 2, 2012.

Therefore, pursuant to the Court's Opinion and Order, Judgment is entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 5th day of April, 2012

FRANCES RIOS DE MORAN
Clerk of the Court

By: s/Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk